UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ANTOINETTE BENSON**     Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 4:13-cv-01569-LNH |
| **GC SERVICES LIMITED PARTNERSHIP**     Defendant, | ) ) ) ) ) |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated:  August 21, 2013

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Consumer Rights Law Firm, PLLC
231 Sutton St., Suite 1A
North Andover, MA 01845
Phone: (978) 420-4747
Fax: (978) 409-1846
Email:  kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

1

## **PROOF OF SERVICE**

      I hereby certify that on August 21, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                                                     /s/ Kevin V. K. Crick, Esq.