UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ANTOINETTE BENSON**<br>     Plaintiff,<br><br>v.<br><br>**GC SERVICES LIMITED PARTNERSHIP**<br>     Defendant, | )<br>)<br>)<br>)<br>) Civil Action No. 4:13-cv-01569-LNH<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff Antoinette Benson and GC Services Limited Partnership hereby stipulate to a voluntary dismissal of this action between them with prejudice and each of them to bear their own costs and attorney fees.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| ANTOINETTE BENSON<br>By her attorney,<br><br>/s/ Kevin V. K. Crick<br>Kevin Crick, Esq.<br>BBO # 680950<br>Consumer Rights Law Firm, PLLC<br>231 Sutton St., Suite 1A<br>North Andover, Massachusetts, 01845<br>Phone: (978) 420-4747<br>Fax: (978) 409-1846<br>Email: kevinc@consumerlawfirmcenter.com | GC SERVICES LIMITED PARTNERSHIP<br>By its attorneys,<br><br>/s/ William Scott Helfand<br>William Scott Helfand, Esq.<br>Kellen Ross Scott<br>Chamberlain Hrdlicka et al.<br>1200 Smith<br>Suite 1400<br>Houston, Texas 77002-4401<br>Phone: (713) 654-9630<br>Fax:  (713) 658-2553<br>bill.helfand@chamberlainlaw.com |

Dated: August 22, 2013

1

**PROOF OF SERVICE**

      We hereby certify that on August 22, 2013, a true copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

      /s/ Kevin V. K. Crick, Esq.

      /s/ William Scott Helfand, Esq.

      /s/ Kellen Ross Scott, Esq.