| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| Antoinette Benson, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-13-1569 |
| GC Services Limited Partnership, | § § § | |
| Defendant. | § | |

## Conditional Dismissal

1. Having been advised that a settlement has been reached, Antoinette Benson's claims against GC Services Limited Partnership are dismissed with prejudice except the parties may move for reinstatement by September 30, 2013.

2. The court retains jurisdiction to enforce the settlement.

Signed on August 22, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge